**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSEPH M. MONTIONE, | ) | NO. CV 13-1238-FMO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| B. GOWER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 28, 2013.

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE